ACCEPTED
15-25-00113-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/15/2025 6:11 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/15/2025 6:11:23 PM
CHRISTOPHER A. PRINE
Clerk

No. 15-25-00113-CV

## IN THE FIFTEENTH COURT OF APPEALS
## AUSTIN, TEXAS

---

PLEASANTON HOUSING FINANCE CORPORATION, AND THE BOARD MEMBERS OF THE PLEASANTON HOUSING FINANCE CORPORATION, IN THEIR CAPACITIES

*APPELLANTS*,

V.

CITY OF MISSOURI CITY, TEXAS, & SIENNA PARKS & LEVEE IMPROVEMENT DISTRICT

*APPELLEE.*

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANTS' OPENING BRIEF

---

From the 240th District Court, Fort Bend County, Texas
Cause No. 25-DCV-328899
Hon. Surendran K. Pattel, presiding

Blake W. Stribling
Texas Bar No. 24070691
bstribling@chasnoffstribling.com
Daniel J. Decavalier

Texas Bar No. 24129028

dlecavalier@chasnoffstribling.com

**CHASNOFF | STRIBLING, LLP**

1020 N.E. Loop 410, Suite 150

San Antonio, Texas 78209

Telephone: (210) 469-4155

**Counsel for Pleasonton Housing Finance Corporation and Their Board Members**

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellants in the above-referenced matter file this unopposed motion for extension of time to file Appellants' opening briefs. Appellants' opening briefs are currently due July 23, 2025. Appellants respectfully request a 30-day extension, until and including August 22, 2025. This is Appellants' first request for an extension of time to file their opening briefs.

## I.      Current Deadline

This appeal is from an interlocutory order entered by the 240th District Court of Fort Bend County, in cause number 25-DCV-328899. The Clerk's Record was filed July 1, 2025, and the Reporter's Record was filed July 3, 2025. Therefore, Appellants' opening briefs are currently due on July 23, 2025.

## II. Reasons for Extension

This is Appellants' first request for an extension of time to file their opening briefs. Appellants seek this extension due to conflicts with its counsel's substantial engagement in other matters with pressing deadlines, commitments, and ongoing work, including the following:

- *City of Carrolton, Texas v. Pecos Housing Finance Corporation, et al.*, Case No. DC-25-07935, pending in the 101st District Court of Dallas County: Hearing on Application for Temporary Restraining Order and Injunctive Relief: July 18, 2025
- *Town of Little Elm, Texas v. Pleasanton Housing Finance Corporation, et al.*, Cause No. 25-5634-367, pending in the 367th District Court of Denton County: Plea to Jurisdiction, Motion to Transfer and Original Answer: July 18, 2025
- *City of San Marcos, et al. v. Pecos Housing Finance Corporation, et al.*, Case No. 25-1185-DCB, pending in the 207th District Court of Hays County: Response to Plaintiff's Motion for Summary Judgment: July 21, 2025
- *City of Crowley, Texas v. Maverick County Housing Finance Corporation, et al.,* Case No. 236-366467-25, pending in the 236th District Court of Tarrant County: Temporary Injunction Hearing: July 22, 2025

- *Wise County Appraisal District*; Protests to Notice of Denials: July 23, 2025
- *City of Lewisville, Texas v. Cameron County Housing Finance Corporation, et al.*, Case No. 25-4665-367, pending in the 367th District Court, Denton County: Hearing on Entry of Order: July 24, 2025
- *Dallas Central Appraisal District*; Response to Requests for More Information; July 25, 2025
- *City of Burleson, Texas and City of Cleburne, Texas v. Pecos Housing Finance Corporation, et al.*; pending in the 18th District Court of Johnson County: Temporary Injunction Hearing: July 25, 2025
- *City of San Marcos, et al. v. Pecos Housing Finance Corporation, et al.*, Case No. 25-1185-DCB, pending in the 207th District Court of Hays County: Motion for Summary Judgment Hearing: July 28, 2025
- *Harris County Municipal Utility District No. 390 v. Pleasanton Housing Finance Corporation, et al.*, pending in the 165th District Court of Harris County: Response to Request for Production and First Set of Interrogatories: July 28, 2025
- *Michael Pottorff, et al. v. Leo Degeest, et al.*; pending in the 345th District Court of Travis County, Dispositive Motion and Pleas: July 28, 2025

## III.   No Opposition

Appellees do not oppose the requested extension. This extension of time is sought so that justice may be done in the disposition of this case and is not sought for purposes of delay.

## PRAYER

For these reasons, Appellants respectfully request that this Motion for Extension of Time be granted and that the Court extend the time for filing their opening briefs until and including August 22, 2025. Appellants further request all such other relief to which they may be justly entitled.

Dated: July 15, 2025

_/s/_ _Blake Stribling_

_/s/_ Blake Stribling

Blake W. Stribling
Texas Bar No. 24070691
bstribling@chasnoffstribling.com
Daniel J. Lecavalier
Texas Bar No. 24129028
dlecavalier@chasnoffstribling.com
CHASNOFF STRIBLING, LLP

1020 N.E. Loop 410, Suite 150
San Antonio, Texas 78209
Telephone: (210) 469-4155

**Counsel for Appellants Pleasonton Housing Finance Corporation and their Board Members**

## CERTIFICATE OF CONFERENCE

I certify that, on July 15, 2025, I conferred with Appellees' counsel,

who stated Appellees are unopposed to the relief requested.

*/s/ Blake Stribling*
Blake Stribling

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record in accordance with the Texas Rules of Appellate Procedure on July 15, 2025.

/s/ Blake Stribling
Blake Stribling

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rachel Feltner on behalf of Blake Stribling
Bar No. 24070691
rfeltner@chasnoffstribling.com
Envelope ID: 103176388
Filing Code Description: Motion
Filing Description: Unopposed Motion for Extension of Time to File Appellants' Opening Brief
Status as of 7/16/2025 7:04 AM CST

Associated Case Party: City of Missouri City, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John Hightower | 9614200 | jhightower@olsonllp.com | 7/15/2025 6:11:23 PM | SENT |
| Allison Killian | 24099785 | akillian@olsonllp.com | 7/15/2025 6:11:23 PM | SENT |
| E. Joyce Iyamu | | ejiyamu@missouricitytx.gov | 7/15/2025 6:11:23 PM | SENT |
| Jordan Marget | 24130447 | jmarget@olsonllp.com | 7/15/2025 6:11:23 PM | SENT |

Associated Case Party: Sienna Parks & Levee Improvement District

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joel Cleveland | 24074042 | cleveland.joel@gmail.com | 7/15/2025 6:11:23 PM | SENT |
| Joel Cleveland | | Joel@mullerlawgroup.com | 7/15/2025 6:11:23 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Blake Stribling | | bstribling@chasnoffstribling.com | 7/15/2025 6:11:23 PM | SENT |
| Kim Decker | | kdecker@chasnoffstribling.com | 7/15/2025 6:11:23 PM | SENT |
| Rachel Feltner | | rfeltner@chasnoffstribling.com | 7/15/2025 6:11:23 PM | SENT |
| Christopher Schluter | | cschluter@chasnoffstribling.com | 7/15/2025 6:11:23 PM | SENT |
| Daniel Lecavalier | | dlecavalier@chasnoffstribling.com | 7/15/2025 6:11:23 PM | SENT |
| Julie Whitson | | jwhitson@chasnoffstribling.com | 7/15/2025 6:11:23 PM | SENT |